**Order entered May 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00033-CV

**CITY OF DALLAS, VINCENT GOLBECK, STEPHEN WORDEN, RAQUEL HERNANDEZ AND CARLA D. NEWSON, Appellants**

**V.**

**ROBERT GRODEN, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01521**

## ORDER

We grant appellee's May 22, 2015 unopposed motion for second extension of time to file brief and **ORDER** the brief be filed no later than July 15, 2015. No further extensions will be granted absent exigent circumstances.

/s/    CRAIG STODDART
        JUSTICE